BURKARD ᴇᴛ ᴀʟ. *v.* NEW YORK.

No. 807.   Decided June 12, 1967.*

*Victor Rabinowitz, Leonard B. Boudin* and *Samuel A. Neuberger* for appellants in No. 807.   *Edward Bennett Williams* and *Raymond W. Bergan* for appellants in No. 808.

*Frank S. Hogan* for appellee in both cases.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeals are dismissed for want of jurisdiction.   Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari is denied.

---

*Together with No. 808, *Habel et al.* v. *New York,* also on appeal from the same court.